TRINA A. HIGGINS, United States Attorney (#7349)
VICTORIA K. McFARLAND, Assistant United States Attorney (#11411)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801) 524-5682

FILED
2022 OCT 25
CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| UNITED STATES OF AMERICA, Plaintiff, vs. HOWARD CODY HALLETT, Defendant. | **FELONY INFORMATION**<br><br>Count I: 18 U.S.C. § 922(a)(1)(A), Dealing Firearms Without a License;<br>Count II: 18 U.S.C. § 922(a)(6), False Statement During Acquisition of Firearms.<br><br>Case: 2:22−cr−00421<br>Assigned To : Nielson, Howard C., Jr<br>Assign. Date : 10/25/2022<br>Description: USA v Hallett |
|---|---|

The United States Attorney Charges:

**COUNT I**
18 U.S.C. § 922(a)(1)(A)
(Dealing in Firearms Without a License)

Beginning on or about January 24, 2022 and continuing through September 29, 2022, in the District of Utah,

HOWARD CODY HALLETT,

defendant herein, not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms, all in violation of 18 U.S.C. §§ 922(a)(1)(A), 923(a), and 924(a)(1)(D).

## COUNT II
18 U.S.C. § 922(a)(6)
(False Statement During Acquisition of Firearms)

On or about September 21, 2022, in the District of Utah,

HOWARD CODY HALLETT,

defendant herein, in connection with the acquisition of a firearms, to wit:

- one (1) Glock 43 9mm semi-automatic pistol
- two (2) Phoenix Arms HP22A .22 caliber semi-automatic pistols
- one (1) Taurus G2C .40 caliber semi-automatic pistol
- six (6) Taurus G2C 9mm semi-automatic pistols

from a licensed firearm dealer within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement intended and likely to deceive the firearm dealer with respect to any fact material to the lawfulness of such acquisition of the firearms, in that he falsely answered "yes" on ATF form 4473 asking whether he was the actual transferee/buyer of the firearms, and, as he then knew, his answer was untrue, all in violation of 18 U.S.C. § 922(a)(6), and punishable pursuant to 18 U.S.C. § 924(a)(2).

## NOTICE OF INTENT TO SEEK FORFEITURE

Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), upon conviction for any offense violating 18 U.S.C. § 922 or 924, the defendant shall forfeit to the United States of America any firearm or ammunition involved in or used in the commission of the offense, including but not limited to:

- Anderson Manufacturing AM-15 multi-caliber rifle, SN: 20046177
- Istanbul Arms-Istanbul Silah Winchester Wildcat .22 caliber rifle, SN: TF614-21Y00076

- Umarex Sportwaffen GMBH & Co. TAC R1 22c .22 caliber rifle, SN: HA033885
- Interaselkon-Aselkon RS1 12-gauge shotgun, SN: ASK21023312
- Phoenix Arms Co. HP22A .22 caliber semi-automatic pistol, SN: 4605967
- Phoenix Arms Co. HP22A .22 caliber semi-automatic pistol, SN: 4605944
- Phoenix Arms Co. HP22A .22 caliber semi-automatic pistol, SN: 4599698
- Smith and Wesson M&P 15-22 .22 caliber rifle, SN: HBR4634
- German Sports Gun Firefly .22 caliber semi-automatic pistol, SN: F491417
- Weihrauch Hermann EA/R .357 caliber revolver, SN: 1756695
- Anderson Manufacturing AM-15 multi-caliber rifle (frame only), SN: 21460723
- Bearman Industries BBG9 9mm derringer, SN: BT079851
- SCCY Industries CPX-2 TT 9mm semi-automatic pistol, SN: C183692
- North American Arms NAA22 .22 caliber revolver, SN: L253651
- HS Produkt Hellcat 9mm semi-automatic pistol, SN: BA597663
- Misc. ammunition

TRINA A. HIGGINS
United States Attorney

*/s/ Victoria K. McFarland*

_____
VICTORIA K. MCFARLAND
Assistant United States Attorney